Fort Pitt Bridge Works, Appellant, *v.* Malabar Construction, Inc. et al., Appellants.

Argued April 29, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*David McNeil Olds,* with him *William M. Robinson, William T. Marsh,* and *Reed, Smith, Shaw & McClay,* for plaintiff.

*John A. Metz, Jr.,* with him *A. L. Balter, David Lubart,* and *Rubin & Balter,* and *Metz, Cook, Hanna & Kelly,* for defendants.

OPINION PER CURIAM, November 28, 1969:
Order affirmed. Appellants to pay costs.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.